JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

GS Holistic, LLC,

Plaintiff,

v.

2 J CORPORATION d/b/a/ SMOKE GALA SMOKE SHOP, SAMEH GERGES, and NAZIH SIDHOM,

Defendants.

Case No. 2:22-cv-07901-AB-JPR

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 13, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE